PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | **Docket Number:  1:07CR0196 AWI** |
| ) | |
| **SERGIO GAYTON-PANDURO** ) | |
| ) | |

On July 14, 2006, the above-named was placed on Supervised Release for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian

**MARLENE K. DEORIAN
Senior United States Probation Officer**

Dated:       January 06, 2009
                 Fresno, California

**REVIEWED BY:**      /s/ Hubert J. Alvarez
                                **HUBERT J. ALVAREZ
                                Supervising United States Probation Officer**

**Re:   GAYTON-PANDURO, Sergio**
       **Docket Number:   1:07CR0196 AWI**
       **ORDER TERMINATING SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervise release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   January 26, 2009**                    **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE